# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TOXIN FREE USA,

      *Plaintiff*,

    v.

THE J.M. SMUCKER COMPANY, *et al.*,

      *Defendants.*

No. 20-cv-1013 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the plaintiff's Motion to Remand, Dkt. 14, is **GRANTED**. This action is remanded to the Superior Court of the District of Columbia, and the Clerk of Court shall transmit this action accordingly. *See* 28 U.S.C. § 1447(c). It is further

**ORDERED** that the plaintiff's request for costs and expenses under 28 U.S.C. § 1447(c) is **DENIED**. It is further

**ORDERED** that the defendants' Conditional Motion for Fees and Costs in the Event of a Remand, Dkt. 16, is **DENIED**.

The Clerk of Court is directed to close this case.

DABNEY L. FRIEDRICH
United States District Judge

November 30, 2020